IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V | § | CRIMINAL NO. 3:21-MJ-00105 |
| | § | |
| CHRISTIAN MICHAEL MACKEY | § | |

**MOTION FOR DETENTION**

The United States moves for pre-trial detention of defendant, **Christian Michael Mackey**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

   \_\_\_\_\_ Maximum sentence life imprisonment or death

   \_\_\_\_\_ 10 + year drug offense

   \_\_\_\_\_ Felony, with two prior convictions in above categories

   \_\_X\_\_ Serious risk defendant will flee

   \_\_\_\_\_ Serious risk obstruction of justice

   \_\_\_\_\_ Felony involving a minor victim

   \_\_X\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

   \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

  2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   <u>  X  </u> Defendant's appearance as required

   <u>  X  </u> Safety of any other person and the community

  3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

   <u>  </u> Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

   <u>  </u> Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   <u>  </u> Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   <u>  </u> Previous conviction for "eligible" offense committed while on pretrial bond

  4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   <u>  </u> At first appearance

   <u>  X  </u> After continuance of <u>  2  </u> days (not more than 3).

  DATED this <u>  8th  </u> day of February 2021.

**Motion for Detention - Page 2**

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


 /s/ *Nicole Dana*
NICOLE DANA
Assistant United States Attorney
Texas State Bar No. 24062268
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8694
Facsimile: 214.659.8800
Email: nicole.dana@usdoj.gov